UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SKINNER,<br><br>        Petitioner,<br><br>    v.<br><br>J. DOERER,<br><br>        Respondent. | Case No. 24-cv-06653-EKL<br><br>**ORDER OF DISMISSAL** |

Petitioner, a federal prisoner, submitted a filing titled "Motion for Correction of Sentence." ECF No. 1 at 1. Petitioner is incarcerated at United States Penitentiary Atwater, in the Eastern District of California. *Id*. Petitioner seeks to be released from custody due to earned time credits and money damages for being assaulted. *Id*. at 2-3. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). A copy of the Court's form for applications to proceed IFP was provided with the notice. He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is DISMISSED without prejudice. If petitioner seeks to be released from custody due to earned time credits or money damages from the assault, he must file separate cases in the Eastern District of California where he is incarcerated.

**IT IS SO ORDERED.**

Dated: November 21, 2024

Eumi K. Lee
United States District Judge